IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 19-01933 EAG |
| IRVING OSCAR MIRANDA SANCHEZ<br>XXX-XX-6586<br>DIANA IVETTE RIOS PEREZ<br>XXX-XX-1952<br>Debtor | CHAPTER 13 |

### ATTORNEY'S APPLICATION FOR ALLOWANCE OF COMPENSATION

Comes Now MIRIAM LOZADA RAMIREZ, Esq. , counsel for the debtors herein and applicant in this matter, who respectfully files this application for allowance of compensation and reimbursement of expenses, and represents as follows:

1. This application is submitted in compliance with the Guidelines of the U.S. Trustee's Office for the review of applications for professional compensation and reimbursement of expenses.

2. Background:

a. Debtor filed this Chapter 13 case on  April 8,2019 DE #1.

b. Since the filing of the petition, the debtor has complied with all disclosures and amendments to schedules   and plan as requested.

c. Debtor has timely funded   plan except the month of November & December of 2019.

d. Trustee will file  a  report pending  our application for fees.

e. no creditors have objected the  confirmation of plan.

f. The undersigned counsel's law offices has   performed work on behalf of the debtor which should be compensated.

3.  The hourly rates agreed to by applicant and debtor, disclosed in the referred application for compensation are as follows:

1

Miriam Lozada Ramirez, Esq ;$200.00 per hour
Paralegal (Sandra Ocasio)     $ 75.00 per hour

These rates were based on the customary compensation charged by comparably skilled practitioners in cases under Chapter 13 of Title 11 at the time of the agreement. The Section 2016 Statement filed by counsel in this case contemplates the need to file an application, and that time records would be maintained.

4.. Professional services for which allowance of compensation and reimbursement of expenses payment is sought herein were performed during the period of June 5, 2018 to December 6, 2019.

5.. This is applicant's first professional fee application. An original deposit of $500.00 was made by the debtor towards fees.

6. The status of the case, related to the services provided by the undersigned's law offices is; an amended plan was filed on 8/29/2019 No objections filed to the amended plan.

7. Applicant provides an itemized description of services rendered with entries organized in chronological order within each project category pursuant to the Guidelines For Reviewing Applications For Compensation And reimbursement Of Expenses Filed Under 11 USC §330.

This breakdown, that consists of an Invoice, is filed and made part of this application as Attachment I.

8. A summary the time spent is as follows:

| Task(proyect) | Time (tenths of an hour) | total |
|---|---|---|
| Initial interview& consultation | 5.2 | $1,040.00 |
| Case administration | 5 | $1,000.00 |
| plan | .80 | $160.00 |

| | | |
|---|---|---|
| schedules | .20 | $40.00 |
| Travel time | 1.30 | 130.00 |
| paralegal | 1.30 | 65.00 |
| Total fee | | $2435.00 |
| expenses[1] | | $10.00 |
| Total hours | 13.80 hours | |
| Original fee deposit(applied) | $350.00 | |
| Total amount to be paid | **$2435.00 minus $350.00= 2,085.00 plus expenses in the amount of $10.00** | |

7. I hereby certify that to the best of my professional knowledge, information and belief formed after reasonable inquiry, the instant Application for Compensation and Reimbursement of Expenses conforms with the Guidelines of the U.S. Trustee, that the undersigned has read the application, and that the compensation and expenses reimbursement requested herein were actual and necessary and have been billed at rates in accordance with customary practices being these no less favorable to the estate and the debtor than those customarily employed. I further certify that the debtor has been given the opportunity to examine the enclosed invoice.

WHEREFORE, applicant respectfully prays to this Honorable Court to enter an order
allowing the compensation and reimbursement of necessary expenses sought herein in the total amount of $2,485.00 and $10.00 for the reimbursement of necessary expenses, from which the retainer of $350.00 has been deducted leaving a balance of **$2085.00** plus $**10.00** in expenses incurred to be paid from funds that

---

[1] Detailed list of services rendered & expenses submitted.

3

the Chapter 13 Trustee will have on hand, as an administrative expense, upon confirmation of the plan.

**NOTICE TO CREDITORS AND PARTIES IN INTEREST**

Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if your were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (I) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

Respectfully submitted in Mayaguez, Puerto Rico, this December 6, 2019.

**CERTIFICATE OF SERVICE**
I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using ECF systems which sent a notification of such filing to al those who have registered for receipt of notice by electronic mail. I further certify that I have served to the US Trustee, [ustpregion21.hr.ecf@usdoj.gov](ustpregion21.hr.ecf@usdoj.gov) and, and by depositing true and exact copies thereof in the United States mail; postage prepaid to the non CM/ECF participants.

**S/MIRIAM S. LOZADA RAMIREZ**
**USD208403**
**ATTORNEY FOR DEBTOR**
**TEL 787-834-3004**
**Fax (787)986-7346**
**[miriamlozada@gmail.com](miriamlozada@gmail.com)**

**POSTAL ADRESS:**
**PASEO LOS ROBLES**
**3020 JOSE MONGE**
**MAYAGUEZ, PR 00682**

# Client Time By Project

Print | Close Window

Client: IRVING MIRANDA SANCHEZ

Time Date Range: 1/1/2018 through 12/6/2019    Refresh

| Date | Client Name | Project | Description | Net Hours | Rate | Amount | Invoiced | Uninvoiced |
|---|---|---|---|---|---|---|---|---|
| 4/9/2019 | IRVING MIRANDA SANCHEZ | CASE ADM | REVIEW NOTICE OF APPOINTMENF INTERIM TRUSTEE ALEJANDRO OLIVERAS RIVERAALEJANDRO OLIVERAS RIVERA, with 341(a) meeting to be held on 05/13/2019 at 09:00 AM at LA RAMBLA PLAZA TOWER, SUITE 201-A, 606 TITO CASTRO AVENUE PONCE PR EMAIL & CALLED DEBTOR FOR NOTICE | 0.20 | $200.00 | $40.00 | $0.00 | $40.00 |
| 4/17/2019 | IRVING MIRANDA SANCHEZ | CASE ADM | REVIEW AMENDED Notice to creditors: 341(a) meeting to be held on 5/17/2019 at 09:00 AM at LA RAMBLA PLAZA TOWER, SUITE 201-A, 606 TITO CASTRO AVENUE PONCE PR. EMAIL & CALLED DEBTOR | 0.20 | $200.00 | $40.00 | $0.00 | $40.00 |
| 4/23/2019 | IRVING MIRANDA SANCHEZ | CASE ADM | MOTION TO INFORM CORRECT PHYSICAL AND POSTAL ADDRESS OF DEBTORS | 0.20 | $200.00 | $40.00 | $0.00 | $40.00 |
| 5/8/2019 | IRVING MIRANDA SANCHEZ | CASE ADM | REVIEW NOTICE OF APPEARANCE AND REQUEST FOR NOTICE FILED BY JUAN A CUYAR COBB ON BEHALF OF SCOTIABANK PR | 0.10 | $200.00 | $20.00 | $0.00 | $20.00 |
| 5/17/2019 | IRVING MIRANDA SANCHEZ | CASE ADM | APPEARANCE AT 341 MEETING OF CREDITORS | 1.00 | $200.00 | $200.00 | $0.00 | $200.00 |
| 5/20/2019 | IRVING MIRANDA | CASE ADM | REVIEW MINUTES OF 341 MEETING | 0.20 | $200.00 | $40.00 | $0.00 | $40.00 |

| Date | Name | Type | Description | Hours | Rate | Amount | | Total |
|---|---|---|---|---|---|---|---|---|
| | SANCHEZ | | (CLOSED) AND TRUSTEE'S RECOMMENDATION FOR CONFIRMATION: NOT RECOMMENDS PLAN DATED 4/4/20191 Debtor was notified by employer, Municipio de Anasco that his shift was reduced to 6.5 hours daily. Provide evidence and amend Schedule I. | | | | | |
| 6/21/2019 | IRVING MIRANDA SANCHEZ | CASE ADM | REVIEW MINUTES OF CONFIRMATION Plan not confirmed. Confirmation hearing continued to 9/19/2019 at 09:30 AM at US BANKRUPTCY COURT NOTICE TO DEBTORS VIA EMAIL & TELEPHONE CALL | 0.10 | $200.00 | $20.00 | $0.00 | $20.00 |
| 7/17/2019 | IRVING MIRANDA SANCHEZ | CASE ADM | RECOMMENDATION FOR CONFIRMATION: NOT RECOMMEND PLAN 7-3-20191. Debtor was notified by employer, Municipio de Anasco that his shift was reduced to 6.5 hours daily. counsel made numerous calls & emails, debtor ascertain there has been no reduction of income. counsel requested evidence | 0.30 | $200.00 | $60.00 | $0.00 | $60.00 |
| 9/11/2019 | IRVING MIRANDA SANCHEZ | CASE ADM | RECOMMENDATION FOR CONFIRMATION: NOT RECOMMEND PLAN 8-29-2019 (AMENDED REPORT)1. Debtor was notified by employer, Municipio de Anasco that his shift was reduced to 6.5 hours daily. Amended Schedule I accordingly. | 0.50 | $200.00 | $100.00 | $0.00 | $100.00 |
| 9/12/2019 | IRVING MIRANDA SANCHEZ | CASE ADM | UPLOAD UNSWORN STATEMENT AND PAYSTUBS FROM DEBTOR, HIS INCOME HAS NOT BEEN REDUCED. | 0.20 | $200.00 | $40.00 | $0.00 | $40.00 |
| 9/17/2019 | IRVING MIRANDA | CASE ADM | REVIEW ORDER AND NOTICE: THE | 0.10 | $200.00 | $20.00 | $0.00 | $20.00 |

| Date | Name | Type | Description | Hours | Rate | Amount | Adj | Total |
|---|---|---|---|---|---|---|---|---|
| | SANCHEZ | | DEBTORS REQUEST TO CONTINUE THE HEARING ON CONFIRMATION SCHEDULE FOR SEPTEMBER 19, 2019 | | | | | |
| 9/17/2019 | IRVING MIRANDA SANCHEZ | CASE ADM | RECOMMENDATIN FOR CONFIRMATION: NOT RECOMMEND PLAN 8-29-2019 | 0.50 | $200.00 | $100.00 | $0.00 | $100.00 |
| 9/17/2019 | IRVING MIRANDA SANCHEZ | CASE ADM | MOTION REQUESTING CONTINUANCE OF CONFIRMATION HEARING SET FOR SEPTEMBER 19, 2019 | 0.20 | $200.00 | $40.00 | $0.00 | $40.00 |
| 9/17/2019 | IRVING MIRANDA SANCHEZ | CASE ADM | RECOMMENDATION FOR CONFIRMATION: NOT RECOMMEND PLAN 8-29-2019ER: Unsworn certification submitted to Trustee must be file with court. | 0.10 | $200.00 | $20.00 | $0.00 | $20.00 |
| 9/20/2019 | IRVING MIRANDA SANCHEZ | CASE ADM | notice ofconfirmation hearing rescheduled for December 19, 2019 at 9:30 AM at the United States | 0.10 | $200.00 | $20.00 | $0.00 | $20.00 |
| 12/6/2019 | IRVING MIRANDA SANCHEZ | CASE ADM | prepare request for fees | 1.00 | $200.00 | $200.00 | $0.00 | $200.00 |
| SUBTOTAL | | | | 5.00 | | $1,000.00 | $0.00 | $1,000.00 |
| 6/5/2018 | IRVING MIRANDA SANCHEZ | initial interview/counseling | Initial Interview w/ client to evaluate Income & HH expenses, assets & liabilities; Assessed possibility of C7 &/or chapter 13; discussed attorney fees.signed contract, review credit report, start draft schedules | 2.10 | $200.00 | $420.00 | $0.00 | $420.00 |
| 4/4/2019 | IRVING MIRANDA SANCHEZ | initial interview/counseling | review docs, valuations, review contract for ch13,review credit report, redraft schedules & plan. signed petition & plan | 3.10 | $200.00 | $620.00 | $0.00 | $620.00 |
| SUBTOTAL | | | | 5.20 | | $1,040.00 | $0.00 | $1,040.00 |
| 12/6/2019 | IRVING MIRANDA SANCHEZ | paralegal | review documents ,scan & upload scanned documents to trustee | 1.30 | $50.00 | $65.00 | $0.00 | $65.00 |

| Date | Name | Category | Description | Hours | Rate | Amount | Adj | Total |
|---|---|---|---|---|---|---|---|---|
| SUBTOTAL | | | | 1.30 | | $65.00 | $0.00 | $65.00 |
| 7/3/2019 | IRVING MIRANDA SANCHEZ | PLAN | AMENDED CHAPTER 13 PLAN DATED 7/3/2019 SECTION 3.1 Maintenance of payments and cure of default, if any. | 0.50 | $200.00 | $100.00 | $0.00 | $100.00 |
| 8/29/2019 | IRVING MIRANDA SANCHEZ | PLAN | AMENDED CHAPTER 13 PLAN DATED 8/29/2019. section 3.1 reviewed | 0.30 | $200.00 | $60.00 | $0.00 | $60.00 |
| SUBTOTAL | | | | 0.80 | | $160.00 | $0.00 | $160.00 |
| 6/13/2019 | IRVING MIRANDA SANCHEZ | SCHEDULES | AMENDED SCHEDULE A/B: PROPERTY FOR INDIVIDUAL:schedule a/b tax refund 2018. | 0.20 | $200.00 | $40.00 | $0.00 | $40.00 |
| SUBTOTAL | | | | 0.20 | | $40.00 | $0.00 | $40.00 |
| 5/17/2019 | IRVING MIRANDA SANCHEZ | travel time | travel to ponce | 1.30 | $100.00 | $130.00 | $0.00 | $130.00 |
| SUBTOTAL | | | | 1.30 | | $130.00 | $0.00 | $130.00 |
| **GRAND TOTAL** | | | | **13.80** | | **$2,435.00** | **$0.00** | **$2,435.00** |

# Expense List

Print | Close Window

| Date | Client Name | Project | Type | Description | Quantity | Unit Amount | Amount |
|---|---|---|---|---|---|---|---|
| 5/17/2019 | IRVING MIRANDA SANCHEZ | travel time | GASOLINE | TRAVEL EXPENSE | | | $10.00 |
| **TOTALS** | | | | | | | **$10.00** |



Clients    Projects    Time    Calendar View    Expenses    Summary Report    Invoicing & A/R    My Time59

# Time Records

New Time Record

Time record updated for 12/6/2019, for IRVING MIRANDA SANCHEZ.
paralegal ($50.00)    time 1.30

**13.80** hours for IRVING MIRANDA SANCHEZ ▼ for 6/1/2018 through 12/31/2019    Refresh

Printable Time List (Un-Invoiced) (By Timekeeper) (N/C) | Printable Billing List (By Client) (By Timekeeper) (N/C)

| Edit | Date Sort | Project Sort | Hours | Start | End | Desc |
|---|---|---|---|---|---|---|
| Edit | TU 6/5/2018 | initial interview/counseling | 2.10 | | | Initial Interview w/ client to evaluate Income & HH expenses, assets & liabilities; Assessed possibility of C7 &/or chapter 13; discussed attorney fees.signed contract, review credit report, start draft schedules |
| Edit | TH 4/4/2019 | initial interview/counseling | 3.10 | | | review docs, valuations, review contract for ch13,review credit report, redraft schedules & plan. signed petition & plan |
| Edit | TU 4/9/2019 | CASE ADM | 0.20 | | | REVIEW NOTICE OF APPOINTMENF INTERIM TRUSTEE ALEJANDRO OLIVERAS RIVERAALEJANDRO OLIVERAS RIVERA, with 341(a) meeting to be held on 05/13/2019 at 09:00 AM at LA RAMBLA PLAZA TOWER, SUITE 201-A, 606 TITO CASTRO AVENUE PONCE PR EMAIL & CALLED DEBTOR FOR NOTICE |
| Edit | WE 4/17/2019 | CASE ADM | 0.20 | | | REVIEW AMENDED Notice to creditors: 341(a) meeting to be held on 5/17/2019 at 09:00 AM at LA RAMBLA PLAZA TOWER, SUITE 201-A, 606 TITO CASTRO AVENUE PONCE PR. EMAIL & CALLED DEBTOR |
| Edit | TU 4/23/2019 | CASE ADM | 0.20 | | | MOTION TO INFORM CORRECT PHYSICAL AND POSTAL ADDRESS OF DEBTORS |
| Edit | WE 5/8/2019 | CASE ADM | 0.10 | | | REVIEW NOTICE OF APPEARANCE AND REQUEST FOR NOTICE FILED BY JUAN A CUYAR COBB ON BEHALF OF SCOTIABANK PR |
| Edit | FR 5/17/2019 | CASE ADM | 1.00 | | | APPEARANCE AT 341 MEETING OF CREDITORS |
| Edit | FR 5/17/2019 | travel time | 1.30 | | | travel to ponce |
| Edit | MO 5/20/2019 | CASE ADM | 0.20 | | | REVIEW MINUTES OF 341 MEETING (CLOSED) AND TRUSTEE'S RECOMMENDATION FOR CONFIRMATION: NOT RECOMMENDS PLAN DATED 4/4/20191 Debtor was notified by employer, Municipio de Anasco that his shift was reduced to 6.5 hours daily. Provide evidence and amend Schedule I. |
| Edit | TH 6/13/2019 | SCHEDULES | 0.20 | | | AMENDED SCHEDULE A/B: PROPERTY FOR INDIVIDUAL:schedule a/b tax refund 2018. |
| Edit | FR 6/21/2019 | CASE ADM | 0.10 | | | REVIEW MINUTES OF CONFIRMATION Plan not confirmed. Confirmation hearing continued to 9/19/2019 at 09:30 AM at US BANKRUPTCY COURT NOTICE TO DEBTORS VIA EMAIL & TELEPHONE CALL |
| Edit | WE 7/3/2019 | PLAN | 0.50 | | | AMENDED CHAPTER 13 PLAN DATED 7/3/2019 SECTION 3.1 Maintenance of payments and cure of default, if any. |

| | | | | |
|---|---|---|---|---|
| Edit | WE 7/17/2019 | CASE ADM | 0.30 | RECOMMENDATION FOR CONFIRMATION: NOT RECOMMEND PLAN 7-3-20191. Debtor was notified by employer, Municipio de Anasco that his shift was reduced to 6.5 hours daily. counsel made numerous calls & emails, debtor ascertain there has been no reduction of income. counsel requested evidence |
| Edit | TH 8/29/2019 | PLAN | 0.30 | AMENDED CHAPTER 13 PLAN DATED 8/29/2019. section 3.1 reviewed |
| Edit | WE 9/11/2019 | CASE ADM | 0.50 | RECOMMENDATION FOR CONFIRMATION: NOT RECOMMEND PLAN 8-29-2019 (AMENDED REPORT)1. Debtor was notified by employer, Municipio de Anasco that his shift was reduced to 6.5 hours daily. Amended Schedule I accordingly. |
| Edit | TH 9/12/2019 | CASE ADM | 0.20 | UPLOAD UNSWORN STATEMENT AND PAYSTUBS FROM DEBTOR, HIS INCOME HAS NOT BEEN REDUCED. |
| Edit | TU 9/17/2019 | CASE ADM | 0.20 | MOTION REQUESTING CONTINUANCE OF CONFIRMATION HEARING SET FOR SEPTEMBER 19, 2019 |
| Edit | TU 9/17/2019 | CASE ADM | 0.10 | REVIEW ORDER AND NOTICE: THE DEBTORS REQUEST TO CONTINUE THE HEARING ON CONFIRMATION SCHEDULE FOR SEPTEMBER 19, 2019 |
| Edit | TU 9/17/2019 | CASE ADM | 0.10 | RECOMMENDATION FOR CONFIRMATION: NOT RECOMMEND PLAN 8-29-2019ER: Unsworn certification submitted to Trustee must be file with court. |
| Edit | TU 9/17/2019 | CASE ADM | 0.50 | RECOMMENDATIN FOR CONFIRMATION: NOT RECOMMEND PLAN 8-29-2019 |
| Edit | FR 9/20/2019 | CASE ADM | 0.10 | notice ofconfirmation hearing rescheduled for December 19, 2019 at 9:30 AM at the United States |
| Edit | FR 12/6/2019 | paralegal | 1.30 | review documents ,scan & upload scanned documents to trustee |
| Edit | FR 12/6/2019 | CASE ADM | 1.00 | prepare request for fees |

23 Record(s)

IRVING OSCAR MIRANDA-SANCHEZ
RR 4 BOX 8169
MAYAGUEZ, PR 00680

THD/CBNA
PO BOX 6497
SIOUX FALLS, SD 57117

.

DIANA IVETTE RIOS-PEREZ
RR 4 BOX 8169
MAYAGUEZ, PR 00680

MIRIAM LOZADA RAMIREZ
MIRIAM LOZADA RAMIREZ
URB PASEO LOS ROBLES
3020 JOSE MONGE
MAYAGUEZ, PR 00682-2000

BANCO POPULAR
PO BOX 362708
SAN JUAN, PR 00936

BAXTER CREDIT UNION
PO BOX 195596
SAN JUAN, PR 00919-1009

SCOTIABANK DE PUERTO R
290 JESUS T PINERO AVE
HATO REY, PR 00919

SYNCB/CCSUMT
C/O PO BOX 965068
ORLANDO, FL 32896

SYNCB/MC
PO BOX 965005
ORLANDO, FL 32896

SYNCB/SAMS
PO BOX 965005
ORLANDO, FL 32896

SYNCB/SAMS CLUB
PO BOX 965005
ORLANDO, FL 32896